1  David R. Griffin State Bar No. 76619
   Next Law Group, APC
2  501 W Broadway, Suite 800
3  San Diego, CA 92101
   Telephone: (619) 222-0888
4  Email:    drg@nextlawgroup.com

5
   Attorney for Defendants,
6  A-Z Wheels LLC and Russ Maolemi

7

8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JAGUAR LAND ROVER, LIMITED | Case No. 13-CV-878-BEN (JMA) |
| 12              Plaintiff, | **ATTORNEY DAVID GRIFFIN'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| 13  vs. | |
| 14 | |
| 15  A-Z WHEELS LLC, et al. | **Judge:** Honorable Roger T. Benitez |
| 16 | **Place:** Room 5A |
| 17 | **Date:** December 2, 2013 |
| 18              Defendants. | **Time:** 10:30 a.m. |

19

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22  **PLEASE TAKE NOTICE** that on December 2, 2013 at 10:30 a.m., or as soon
23  as the matter may be heard by the above-entitled Court, located at 940 Front Street,
24
25  San Diego 92101, Attorney David Griffin will and hereby does move the Court
26  pursuant to Local Rule 83.3(g)(3) to withdraw as attorney of record.
27
      This Motion is made on the grounds that withdrawal is mandatory pursuant to
28

-1-

-2-

California Rules of Professional Conduct for reasons that are protected by the attorney-client privilege. This Motion is also made on the grounds that the attorney-client relationship has suffered a complete breakdown, making representing Russ Maolemi and A-Z Wheels, LLC unreasonably difficult and impracticable.

The Motion is based upon this Notice, the Declaration of David Griffin in Support of Withdrawal, the pleadings, records, and files herein, and upon such further oral and documentary evidence as may be presented to the Court before or at the hearing on this Motion.

Respectfully submitted,

Dated: 10/28/13

David Griffin
Next Law Group
Attorney for Defendants,
Russ Maolemi and A-Z Wheels, LLC

Jaguar Land Rover, Limited v. A-Z Wheels, LLC, et al.
Notice of Motion and Motion to Withdraw
Case No. 13-CV-878-BEN (JMA)

David R. Griffin State Bar No. 76619
Next Law Group, APC
501 W Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 222-0888
Email: drg@nextlawgroup.com

Attorney for Defendants,
A-Z Wheels LLC and Russ Maolemi

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGUAR LAND ROVER, LIMITED<br><br>Plaintiff,<br><br>vs.<br><br>A-Z WHEELS LLC, et al.<br><br>Defendants. | Case No. 13-CV-878-BEN (JMA)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ATTORNEY DAVID GRIFFIN'S MOTION TO WITHDRAW AS COUNSEL**<br><br>**Judge:** Honorable Roger T. Benitez<br>**Place:** Room 5A<br>**Date:** December 2, 2013<br>**Time:** 10:30 a.m. |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The instant Motion to Withdraw is made on the basis of a total breakdown in the attorney-client relationship. The client and attorney have had several fee disputes, which remain unresolved. In addition, a vast language barrier has prevented the

-1-

attorney and client from communicating effectively, which has interfered with litigation strategy as well as discovery responses, among other things. Attorney Griffin strongly believes that continued representation will result in a violation of the California Rules of Professional Conduct.

## II. ANALYSIS

A member representing a client before a tribunal must withdraw from employment with the permission of the tribunal, if required by its rules, and a member representing a client in other matters shall withdraw from employment, if … the member knows or should know that continued employment will result in violation of these rules or of the State Bar Act. California Rules of Professional Conduct 3-700(B)(2).

If rule 3-700(B) is not applicable, the member may withdraw if the client renders it unreasonably difficult for the member to carry out the employment effectively… breaches an agreement or obligation to the member as to expenses or fees, or… the continued employment is likely to result in a violation of these rules or of the State Bar Act. California Rules of Professional Conduct 3-700(C)(1)(d), (1)(f), (2).

As stated in the Declaration of David Griffin in Support of Motion to Withdraw as Counsel, and for more specific reasons that are likely to be protected by the attorney-client privilege, Mr. Griffin firmly believes that continued representation of his client, Russ Maolemi and A-Z Wheels, LLC will result in a violation of the

-2-
Jaguar Land Rover, Limited v. A-Z Wheels, LLC, et al.
Memorandum of Points and Authorities in Support of Motion to Withdraw
Case No. 13-CV-878-BEN (JMA)

California Rules of Professional Conduct. In addition, Mr. Griffin has had extreme difficulty in collecting fees owed by the client in that the client has refused on several occasions to make payments under the mislead and incorrect reasoning that counsel has not done any work on his case. In addition, the Mr. Griffin and Mr. Maolemi have had extreme difficulty in basic day-to-day communication due to a large language barrier between the two, rendering representation unreasonably difficult and impracticable.

Mr. Griffin makes this Motion to Withdraw in good faith and with no intent to delay the proceeding between the parties. Mr. Maolemi and A-Z Wheels, LLC will not be prejudiced in that the litigation is still in its early stages, and a trial date has not yet been set, providing Mr. Maolemi ample time to procure alternative representation.

### III.   CONCLUSION

For the reasons stated above, and in the interests of justice, David Griffin respectfully requests that the Court GRANT his Motion to Withdraw as Counsel for Russ Maolemi and A-Z Wheels, LLC.

Dated: 10/28/13

David Griffin
Next Law Group
Attorney for Defendants,
Russ Maolemi and A-Z Wheels, LLC

-3-
Jaguar Land Rover, Limited v. A-Z Wheels, LLC, et al.
Memorandum of Points and Authorities in Support of Motion to Withdraw
Case No. 13-CV-878-BEN (JMA)

David R. Griffin State Bar No. 76619
Next Law Group, APC
501 W Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 222-0888
Email: drg@nextlawgroup.com

Attorney for Defendants,
A-Z Wheels LLC and Russ Maolemi

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGUAR LAND ROVER, LIMITED<br><br>Plaintiff,<br><br>vs.<br><br>A-Z WHEELS LLC, et al.<br><br><br><br>Defendants. | Case No. 13-CV-878-BEN (JMA)<br><br>**DECLARATION OF DAVID GRIFFIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>**Date:** December 2, 2013<br>**Time:** 10:30 a.m.<br>**Place:** Courtroom 5A<br>**Judge:** Honorable Roger T. Benitez |

I, David Griffin, declare:

1. I am an attorney in good standing with the State Bar of California.

2. I represent Defendants, Russ Maolemi and A-Z Wheels, LLC in the above-captioned case.

3. Withdrawal from representing Russ Maolemi and A-Z Wheels, LLC in the instant case is mandatory because continued representation will result in a

-1-

violation of the California Rules of Professional Conduct, for reasons that, in interest of protecting any attorney-client confidential communications, I may not disclose in these moving papers.

4. Communicating with Mr. Maolemi has been extraordinarily difficult due to a vast language barrier, particularly with regard to forming a case strategy, responding to discovery requests, and agreeing on billing.

5. Mr. Maolemi has denied payment of multiple bills, accusing me of doing no work on his case, which is completely false.

6. I also have reason to believe that Mr. Maolemi has been dishonest in certain communications made to me.

7. In multiple email and telephone communications, I have been entirely unable to understand and comprehend what Mr. Maolemi is trying to convey to me. I also believe he has repeatedly misunderstood instructions and requests I have made upon him.

8. This total breakdown in communication and the attorney-client relationship has made representing Mr. Maolemi unreasonably difficult and impracticable.

9. Mr. Maolemi and A-Z Wheels, LLC will not be prejudiced by my withdrawal, as the withdrawal will take place in the early stages of litigation and the trial date has not been set.

-2-

Jaguar Land Rover, Limited v. A-Z Wheels, LLC, et al.
Declaration of David Griffin in Support of Motion to Withdraw
Case No. 13-CV-878-BEN (JMA)

1  I declare under the penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

                                                                              Respectfully submitted,

Dated: 10/28/13

[signature]

David Griffin, Esq.
Next Law Group
Attorney for Defendants,
Russ Maolemi and A-Z
Wheels, LLC

-3-

Jaguar Land Rover, Limited v. A-Z Wheels, LLC, et al.        Case No. 13-CV-878-BEN (JMA)
Declaration of David Griffin in Support of Motion to Withdraw

David R. Griffin State Bar No. 76619
Next Law Group, APC
501 W Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 222-0888
Email:     drg@nextlawgroup.com

Attorney for Defendants,
A-Z Wheels LLC and Russ Maolemi

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGUAR LAND ROVER, LIMITED<br><br>Plaintiff,<br><br>vs.<br><br>A-Z WHEELS LLC, et al.<br><br>Defendants. | Case No. 13-CV-878-BEN (JMA)<br><br>**ORDER GRANTING ATTORNEY DAVID GRIFFIN'S MOTION TO WITHDRAW AS COUNSEL**<br><br>**Judge:** Honorable Roger T. Benitez<br>**Place:** Room 5A<br>**Date:** December 2, 2013<br>**Time:** 10:30 a.m. |

## ORDER GRANTING WITHDRAWAL

THE WITHDRAWAL OF ATTORNEY DAVID GRIFFIN IS HEREBY APPROVED AND SO ORDERED.

Date:_____                    By:_____
                                  Honorable Judge of the United States
                                  Federal District Court Southern District of
                                  California

-1-
Jaguar Land Rover Limited v. A-Z Wheels, LLC et al.
Order Granting David Griffin's Motion to Withdraw              Case No. 13-CV-878-BEN (JMA)

## PROOF OF SERVICE BY MAIL

I am a citizen of the United Sates over the age of eighteen and not a party to this action. My business address is 501 W. Broadway, Suite 800 San Diego, CA 92101.

On October 28 2013, I served the following documents by causing an envelope to be delivered by United States Postal Service to Defendants Russ Maolemi and A-Z Wheels LLC:

- Attorney David Griffin's Notice of Motion and Motion to Withdraw as Counsel
- Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel
- Declaration of David Griffin in Support of Motion to Withdraw as Counsel
- Proposed Order Granting Motion to Withdraw

To the address of:

Russ Maolemi
A-Z Wheels, LLC
8925 Carroll Way, Suites C and D
San Diego, CA 92121

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2013

Jake Weinrich