```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4     JAGUAR LAND ROVER, LTD.,            .
                                           .
 5             PLAINTIFF,                  . NO. 13-CV-0878
                                           .
 6               V.                        . DECEMBER 9, 2013
                                           .
 7     A-Z WHEELS, LLC,                    . 10:58 A.M.
                                           .
 8             DEFENDANTS.                 . SAN DIEGO, CALIFORNIA
       . . . . . . . . . . . . . . . . .  .
 9

10

11
                         TRANSCRIPT OF MOTION HEARING
12                 BEFORE THE HONORABLE ROGER T. BENITEZ
                        UNITED STATES DISTRICT JUDGE
13

14       APPEARANCES:

15
         FOR THE PLAINTIFF:      DORSEY & WHITNEY, LLP
16                               BY:  BRYAN M. MC GARRY, ESQ.
                                 600 ANTON BOULEVARD, SUITE 2000
17                               COSTA MESA, CALIFORNIA   92626

18       FOR THE DEFENDANT:      NEXT LAW GROUP
                                 BY:  DAVID GRIFFIN, ESQ.
19                               501 WEST BROADWAY, SUITE 800
                                 SAN DIEGO, CALIFORNIA   92101
20
         ALSO PRESENT:           RASOOL MOALEMI, DEFENDANT
21
     COURT REPORTER:             DEBORAH M. O'CONNELL, RPR, RMR, CSR
22                               333 W. BROADWAY, ROOM 420
                                 SAN DIEGO, CALIFORNIA, 92101
23

24   REPORTED BY STENOTYPE, TRANSCRIBED BY COMPUTER

25
```

```
 1         SAN DIEGO, CALIFORNIA, DECEMBER 9, 2013, 10:58 A.M.
 2                             * * * *
 3
 4         THE CLERK:  12 ON CALENDAR, CASE NO. 13-CV-0878,
 5  JAGUAR LAND ROVER, LTD. VS. A-Z WHEELS, LLC, MOTION HEARING.
 6         MR. GRIFFIN:  GOOD MORNING, YOUR HONOR.  DAVID
 7  GRIFFIN, MOVING PARTY AND ATTORNEY FOR A-Z WHEELS.
 8         THE COURT:  OKAY.
 9         MR. MC GARRY:  GOOD MORNING, YOUR HONOR.  BRYAN
10  MC GARRY, ON BEHALF OF JAGUAR LAND ROVER.
11         MR. MOALEMI:  RASOOL MOALEMI, CO-OWNER OF A-Z WHEELS,
12  FIRST NAME R-A-S-O-O-L, LAST NAME M-O-A-L-E-M-I.
13         THE COURT:  AND YOU ARE, MA'AM?
14         MS. BARRETT:  I'M CAROLINE BARRETT.  AND I -- I WORK
15  THERE, AND I'VE DONE ALL THE PAPERWORK FOR MR. MOALEMI.
16         THE COURT:  ARE YOU A DEFENDANT IN THE CASE?
17         MR. MOALEMI:  NO.  SHE DID THE PAPERWORK TO FORWARD
18  IT TO JAGUAR.
19         THE COURT:  MA'AM, DO ME A FAVOR, PLEASE SIT DOWN.
20  YOU'RE NOT A PARTY.  YOU DON'T -- OKAY.  ALL RIGHT.
21     SO, COUNSEL, BY THE WAY, DO YOU HAVE BUSINESS CARDS?  IF
22  YOU DO, PLEASE GIVE THEM TO MY COURT REPORTER RIGHT NOW, WOULD
23  YOU, PLEASE.
24     ALL RIGHT.  APPARENTLY WHAT WE HAVE IS A MOTION TO
25  WITHDRAW.  COUNSEL, YOU'VE INDICATED APPARENTLY THERE IS AN
```

1  ISSUE OF NONPAYMENT OF FEES; AM I CORRECT?
2           MR. MC GARRY:  IT IS MR. GRIFFIN'S MOTION.
3           MR. GRIFFIN:  YES.  AMONG OTHER THINGS, YOUR HONOR.
4           THE COURT:  WHAT -- REFRESH MY RECOLLECTION.  WHAT
5  ARE THE OTHER THINGS?
6           MR. GRIFFIN:  THERE HAS BEEN A COMPLETE BREAKDOWN IN
7  THE RELATIONSHIP.  MR. MOALEMI HAS INSTRUCTED ME TO CEASE WORK
8  ON THE CASE, THAT HE IS NOW IN CHARGE.  I'M NOT TO REPRESENT
9  HIM.  I'M NOT TO MAKE ANY STATEMENTS, THAT I'M IN CAHOOTS WITH
10 THE PLAINTIFF, ALL KINDS OF THINGS.  THERE IS JUST NO WAY WE
11 CAN TALK TO ONE ANOTHER.  I CAN'T FIND ANY CREDIBILITY IN HIS
12 STATEMENTS.  AND HE FEELS, PERHAPS, EVEN MORE STRONGLY ABOUT
13 ME.  SO THERE IS NO WAY WE CAN WORK TOGETHER.
14          THE COURT:  ALL RIGHT, MR. MOALEMI, LET ME TELL YOU
15 WHAT IS GOING ON HERE.  SIR, THERE ARE SEVERAL PARTIES NAMED AS
16 DEFENDANTS IN THIS CASE.  AS I RECALL, ONE OF THEM IS A
17 CORPORATION OR AN LLC; AM I NOT CORRECT?
18          MR. GRIFFIN:  THAT'S RIGHT.
19          MR. MOALEMI:  YES.
20          THE COURT:  SIR, BY LAW, THAT ENTITY CANNOT REPRESENT
21 ITSELF.
22          MR. MOALEMI:  YES, SIR.
23          THE COURT:  SO, THEREFORE, I'M GOING TO GRANT THE
24 MOTION TO WITHDRAW AS TO THE INDIVIDUAL DEFENDANTS.  I WILL NOT
25 GRANT THE MOTION AS TO THE CORPORATE OR LLC DEFENDANT.

```
1   HOWEVER, I WILL GIVE YOU 30 DAYS TO OBTAIN NEW COUNSEL TO
2   REPRESENT THAT ENTITY.  IF YOU DO NOT HAVE FILED WITH THIS
3   COURT WITHIN 30 DAYS FROM TODAY'S DATE A SUBSTITUTION OF
4   COUNSEL, SUBSTITUTING NEW COUNSEL, I WILL AT THAT POINT IN TIME
5   GRANT THE MOTION TO WITHDRAW AS ATTORNEY OF RECORD IN THIS
6   CASE, AND I WILL ENTER A DEFAULT JUDGMENT, STRIKE ANY ANSWER OR
7   RESPONSIVE PLEADINGS THAT MAY HAVE BEEN FILED ON BEHALF OF THAT
8   ENTITY.
9             MR. MOALEMI:  YES.
10            THE COURT:  OKAY?
11            MR. MOALEMI:  YES.
12            THE COURT:  YOU UNDERSTAND?
13            MR. MOALEMI:  YES.
14            THE COURT:  YOU SURE?
15            MR. MOALEMI:  ABSOLUTELY.
16            THE COURT:  OKAY, GOOD.  ANYTHING ELSE?
17            MR. MC GARRY:  MAY I BE HEARD?
18            THE COURT:  WHAT IS THAT?
19            MR. MC GARRY:  I WOULD REQUEST THAT YOUR HONOR
20  POSTPONE THE WITHDRAWAL ON THE INDIVIDUAL DEFENDANTS.  ONE OF
21  THE PROBLEMS WE'RE HAVING IN THIS CASE IS OBTAINING DISCOVERY
22  AS TO WHAT OTHER INDIVIDUALS WERE INVOLVED.
23            THE COURT:  YEAH, I CAN'T DO THAT.  THERE IS NO WAY I
24  CAN DO THAT IF IT APPEARS THAT THERE IS AN ABSOLUTE BREAKDOWN
25  IN THE RELATIONSHIP BETWEEN THE ATTORNEY AND THE CLIENT.  AND I
```

```
 1  BELIEVE THAT IT WOULD PROBABLY PUT COUNSEL IN A PRECARIOUS,
 2  ETHICAL POSITION.  SO MY RULING WILL STAND, OKAY.
 3            MR. MC GARRY:  THANK YOU, YOUR HONOR.
 4            MR. GRIFFIN:  THANK YOU, YOUR HONOR.
 5            THE COURT:  YOU TAKE CARE.
 6                    (RECESS AT 11:02 A.M.)
 7                         ---000---
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C-E-R-T-I-F-I-C-A-T-I-O-N
 2           I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
 3  QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
 4  STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
 5  TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE;
 6  THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY
 7  STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES
 8  WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL
 9  CONFERENCE.
10           DATED:  DECEMBER 12, 2013, AT SAN DIEGO, CALIFORNIA
11
12                            _____
                              S/DEBORAH M. O'CONNELL, CSR #10563
13                            REGISTERED PROFESSIONAL REPORTER
```